# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143503(55)

JAMES DOUGLAS,
      Plaintiff-Appellee,

v

ALLSTATE INSURANCE COMPANY,
      Defendant-Appellant.

SC: 143503
COA: 295484
Washtenaw CC: 05-000596-NF

_____

      On order of the Chief Justice, the motion by the Insurance Institute of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2012                                        

Clerk